UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Status Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Tuesday January 6, 2004
11:00 a.m.

CASE NO. **3;02cv409 MRK**   **Jameson Enterprises v BC Flynn Contracting**

Michael J. Barnaby
Welby, Brady & Greenblatt
200 Sound Beach Ave.
PO Box 622
Old Greenwich, CT 06870


Gregory G. Di Carlo
Welby, Brady & Greenblatt
200 Sound Beach Ave.
PO Box 622
Old Greenwich, CT 06870


Philip D. Russell
Philip Russell, PC
71 Lewis St., PO Box 1437
Greenwich, CT 06836


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK


STATUS CONFERENCE HELD

DATE: 1/6/04

37 min.