# United States District Court
# District of Connecticut

|  |  |
|---|---|
| Jameson Enterprises, Inc., et al. : <br> *Plaintiff* : <br> v. : <br> : <br> BC Flynn Contracting : <br> *Defendant* | Case No. 3:02cv409 |

### ORDER OF REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge William I. Garfinkel for the following purposes:

____  All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

____  A ruling on all pretrial motions except dispositive motions (orefmisc./dscv.)

____  To supervise discovery and resolve discovery disputes (orefmisc./dscv.)

____  A ruling on the following motions which are currently pending: (orefm.)
Doc#

**✖**  A settlement conference (orefmisc./cnf.)

____  A conference to discuss the following: (orefmisc./cnf.)

____  Other: (orefmisc./misc)


SO ORDERED this __6th__ day of __January__, __2004__ at New Haven, Connecticut.


/s/              Mark R. Kravitz
UNITED STATES DISTRICT COURT JUDGE