UNITED STATE DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------------X
JAMESON ENTERPRISES, INC. D/B/A
JAMESON'S PUB AND RESTAURANT and
PATRICK J. KENNEDY,

                        Plaintiff,

               -against-

B.C. FLYNN CONTRACTING CORP. A/K/A
B.C. FLYNN CONTRACTING CORP D/B/A
FLYNN CONTRACTING CORPORATION

                        Defendant.
------------------------------------------------------------------X

FILED

JAN 16  3 03 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

Case No. 302CV409 (MRK)

**DEFENDANT'S MOTION IN IN LIMINE TO PRECLUDE EVIDENCE AND TESTIMONY CONCERNING LOSS OF PROFITS**

     Defendant, B.C. Flynn Contracting Corp. a/k/a B.C. Flynn Contracting Corp d/b/a Flynn Contracting Corporation hereby respectfully moves in limine for an order precluding plaintiff from introducing testimony or evidence concerning loss of profits; and

     For such other and further relief as this court may deem just and proper.

     **WHEREFORE,** defendant respectfully requests that this court grant defendant's motion in limine to preclude testimony and evidence concerning plaintiff's lost profits.

Dated: January 14, 2004

                                            Yours, etc.

                                            WELBY, BRADY & GREENBLATT, LLP

                                            By: _____
                                               Paul G. Ryan (ct-19433)
                                               200 Sound Beach Avenue
                                               P.O. Box 622
                                               Old Greenwich, CT 06870
                                               (203-637-1044)

**ORAL ARGUMENT REQUESTED**
                                               pryan@wbgllp.com