**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**          F I L E D

-------------------------------------------------------------x

JAMESON ENTERPRISES, INC. d/b/a          :
JAMESON'S PUB AND RESTAURANT and         :          Mar 26   2 11 PM '04
PATRICK J. KENNEDY                       :

                                         :          U. S DISTRICT COURT
                                         :          NEW HAVEN CONN.
        Plaintiffs                       :   CASE NO. 3:02CV409 (AWT)

                                         :
    vs.                                  :
                                         :

B.C. FLYNN CONTRACTING CORP.Q
a/k/a B.C. FLYNN CONTRACTING CORP.d/b/a   :
FLYNN CONTRACTING CORPORATION.            :

                                         :   **MARCH 24, 2004**
        Defendant.                       :

-------------------------------------------------------------x


### APPEARANCE


To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for the Plaintiff Jameson Enterprises.


                                THE DEFENDANT


                                By_____
                                    David S. Feldman – CT 03556
                                    Philip Russell, P.C.
                                    71 Lewis Street
                                    Greenwich, CT 06830
                                    203 661-4200

## CERTIFICATION

This is to certify that a copy of the foregoing Appearance was sent first class mail on the date hereof to all counsel and pro se parties of record, namely:

Michael J. Barnaby, Esq.
Welby, Brady & Greenblatt, LLP
200 Sound Beach Avenue
Old Greenwich, CT. 06870

David S. Feldman