UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
----------------------------------------------------------x
JAMESON ENTERPRISES, INC. d/b/a          :
JAMESON'S PUB AND RESTAURANT and         :
PATRICK J. KENNEDY                       :
                                         :
         Plaintiffs                      :  CASE NO. 3:02CV409 (MRK)
                                         :
    vs.                                  :
                                         :
B.C. FLYNN CONTRACTING CORP.Q            :
a/k/a B.C. FLYNN CONTRACTING CORP. d/b/a :
FLYNN CONTRACTING CORPORATION.           :
                                         :  MARCH 31, 2004
         Defendant.                      :
----------------------------------------------------------x
```

FILED APR 1 3 13 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

### NOTICE OF MANUAL FILING

Please take notice that this office is unable to produce documents in .pdf form.

THE PLAINTIFFS

By _____
David S. Feldman
Philip Russell, P.C.
71 Lewis Street
Greenwich, CT 06830
203 661-4200

## **CERTIFICATION**

The undersigned hereby certifies that a copy hereof was sent by facsimile and first class mail, postage pre-paid, this 31st day of March 2004, to:

Anthony P. Carlucci, Jr., Esq.
Paul Ryan, Esq.
Michael J. Barnaby, Esq.
Welby, Brady & Greenblatt, LLP
Westchester Financial Center
50 Main Street
White Plains, N.Y. 10606

_____
David S. Feldman