UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Mark R. Kravitz, U.S.D.J.
141 Church Street
New Haven
Chambers Room 306

Thursday, April 8, 2004
2:00 p.m.

CASE NO. **3:02cv409 MRK**   **Jameson Enterprises v BC Flynn Contracting**

Philip D. Russell
Philip Russell, PC
71 Lewis St., PO Box 1437
Greenwich, CT 06836

David Scott Feldman
Philip Russell, PC
71 Lewis St., PO Box 1437
Greenwich, CT 06836

Gregory G. Di Carlo
Welby, Brady & Greenblatt
200 Sound Beach Ave.
PO Box 622
Old Greenwich, CT 06870

Michael J. Barnaby
Welby, Brady & Greenblatt
200 Sound Beach Ave.
PO Box 622
Old Greenwich, CT 06870

Paul G. Ryan
Welby, Brady & Greenblatt
200 Sound Beach Ave.
PO Box 622
Old Greenwich, CT 06870

STATUS CONFERENCE HELD
DATE: 4/8/04
15 min.

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK