UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMESON ENTERPRISES, INC. d/b/a JAMESON'S PUB AND RESTAURANT and PATRICK J. KENNEDY,<br><br>    Plaintiffs,<br><br>v.<br><br>B.C. FLYNN CONTRACTING CORP. a/k/a B.C. FLYNN CONTRACTING CORP. d/b/a FLYNN CONTRACTING CORPORATION,<br><br>    Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:  Civil No. 3:02cv409 (MRK)<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

Plaintiffs' Motion For Enlargement Of Time [doc. #25], dated March 24, 2004, is **DENIED** as moot. For the reasons stated on the record at the telephone conference on April 8, 2004, Plaintiffs' Third Motion For Enlargement Of Time [doc. #27], dated March 30, 2004, is **DENIED**.

IT IS SO ORDERED.

        /s/   Mark R. Kravitz
            U.S.D.J.

Dated at New Haven, Connecticut: April 12, 2004.