UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

* Amended Settlement Conference Calendar
(AS TO TIME ONLY)
Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

May 17, 2004

2:00 p.m.

*Held 3 hours.*

CASE NO. **3:02cv409 (MRK)**    <u>Jameson Enterprises, Inc., et al vs. BC Flynn Contracting</u>

Michael J. Barnaby
Welby, Brady & Greenblatt
200 Sound Beach Ave.
PO Box 622
Old Greenwich, CT 06870


Gregory G. Di Carlo
Welby, Brady & Greenblatt
200 Sound Beach Ave.
PO Box 622
Old Greenwich, CT 06870

David Scott Feldman
Law Offices Of Philip Russell
71 Lewis Street
P.O. Box 1457
Greenwich, CT 06836

Philip D. Russell
Philip Russell, PC
71 Lewis St., PO Box 1437
Greenwich, CT 06836


Paul G. Ryan
Welby, Brady & Greenblatt
200 Sound Beach Ave.
PO Box 622
Old Greenwich, CT 06870

*PLEASE NOTE THE CONFERENCE TIME IS FOR 2:00 P.M. AS STATED IN JUDGE GARFINKEL'S PREVIOUSLY ISSUED SETTLEMENT ORDER.

    THANKS.

                                          BY ORDER OF THE COURT
                                          KEVIN F. ROWE, CLERK