UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMESON ENTERPRISES, INC. d/b/a<br>JAMESON'S PUB AND RESTAURANT and<br>PATRICK J. KENNEDY,<br><br>     Plaintiffs,<br><br>v.<br><br>B.C. FLYNN CONTRACTING CORP. a/k/a<br>B.C. FLYNN CONTRACTING CORP. d/b/a<br>FLYNN CONTRACTING CORPORATION,<br><br>     Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil No. 3:02cv409 (MRK) |

## ORDER

For the reasons stated on the record during a telephonic conference with the parties on May 28, 2004:

1. The Court reopens discovery for the limited purpose of allowing Defendants to conduct discovery regarding an alleged party admission and Plaintiffs to take 1-2 depositions regarding the fire wrap issue.

2. The parties will file any supplements to their Joint Trial Memorandum on **July 9, 2004**.

3. The Court will hold a supplemental Pretrial Conference with the parties on **July 15, 2004, at 3:00 p.m.** in Courtroom # 4 in New Haven.

4. All other scheduling deadlines remain unchanged. In particular, jury selection shall commence on **July 19 at 9:30 a.m.**

IT IS SO ORDERED.


/s/      Mark R. Kravitz
United States District Judge

Dated at New Haven, Connecticut: May 28, 2004.